| GLORY CARTER SEALS | * | NO. 2022-CA-0227 |
|---|---|---|
| VERSUS | * | |
| | | COURT OF APPEAL |
| LOUIS ARMSTRONG NEW | * | |
| ORLEANS INTERNATIONAL | | FOURTH CIRCUIT |
| AIRPORT, CITY OF NEW | * | |
| ORLEANS, AND METRO | | STATE OF LOUISIANA |
| SERVICE GROUP, INC. | * * * * * * * | |

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2018-12624, DIVISION "A"
Honorable Ellen M Hazeur, Judge
* * * * * *
**Judge Roland L. Belsome**
* * * * * *
(Court composed of Judge Roland L. Belsome, Judge Rosemary Ledet, Judge
Paula A. Brown)

Katrina R. Jackson
KATRINA R. JACKSON & ASSOCIATES
4106 DeSiard Street
Monroe, Louisiana 71203

   COUNSEL FOR PLAINTIFF/APPELLANT

E. Madison Barton
Sara L. Braslow
Kyle Paul Kirsch
WANEK KIRSCH DAVIES LLC
1340 Poydras Street
Suite 2000
New Orleans, Louisiana 70112

   COUNSEL FOR DEFENDANT/APPELLEE

        **APPEAL DISMISSED**
        December 6, 2022

Plaintiff, Gloria Carter Seals ("Ms. Seals"), appeals the November 30, 2021 judgment granting a motion for summary judgment in favor of defendant, Metro Service Group, Inc. ("Metro"), dismissing the defendant with prejudice. For the reasons explained below, this appeal is dismissed.

**STATEMENT OF FACTS AND PROCEDUARL HISTORY**

On December 17, 2018, Ms. Seals filed a petition for damages against Metro, the Louis Armstrong New Orleans International Airport, and the City of New Orleans. The petition alleges that on December 17, 2017, Ms. Seals sustained injuries as a result of a slip and fall on wet concrete (due to rain) as she was leaving the baggage claim area.

On September 22, 2021, Metro filed a motion for summary judgment asserting that Ms. Seals' petition makes no specific allegations of liability against Metro. The motion further maintains that Ms. Seals had insufficient evidence to establish that Metro had any responsibility for the alleged condition which caused her fall.

1

The matter was brought before the district court on November 19, 2021. After considering the record and the argument of counsel, Metro's motion for summary judgment was granted.

Ms. Seals' timely appeal was lodged on April 11, 2022. On June 15, 2022, this Court issued a 30-day warning letter to Ms. Seals' counsel advising that her appeal brief, which was due on May 6, 2022, had not been filed. The letter further instructed that: "Pursuant to Rule 2-12.12 of the Uniform Rules, Courts of Appeal, the right to oral argument has been forfeited. Further, under Rule 2-8.6 of the Uniform Rules, the above appeal shall be dismissed within 30 days of the mailing of this notice unless appellant's brief is filed in the meantime."

No response was received. A second 30-day warning letter was issued to Ms. Seals' counsel on July 15, 2022.

On August 23, 2022, a motion for extension of time was filed on behalf of Ms. Seals. Therein, it was stated that counsel for Ms. Seals "had a breach in its office and communications from the Court were not properly received based on this breach."

This Court issued an order on August 24, 2022, granting Ms. Seals an additional thirty days to file a brief. On September 23, 2022, Ms. Seals filed a second motion for extension of time, again relying on the "breach in its office" as grounds for the second extension of time. No other explanation was provided. The second motion for extension of time was denied.

**DISCUSSION**

Uniform Rules – Courts of Appeal, Rule 2-8.6 provides, in pertinent part, for the abandonment of civil appeals as follows:

For civil appeals, if an appellant does not file a brief within the time prescribed by Rule 2–12.7 or any extension thereof granted by the court as provided by Rule 2–12.8, a notice shall be transmitted by the clerk to counsel for the appellant, or to the appellant if not represented, that the appeal shall be dismissed 30 days thereafter unless a brief is filed in the meantime. If an appellant does not file a brief within 30 days after such notice is transmitted, the appeal shall be dismissed as abandoned.

The record in the present case clearly shows that Ms. Seals, through her counsel of record, was informed about the failure to timely file an appellant brief and was granted multiple opportunities to comply. Based on the foregoing, we conclude that Ms. Seals has abandoned her appeal.

**CONCLUSION**

For the foregoing reasons, this appeal is deemed abandoned pursuant to Uniform Rules – Courts of Appeal, Rule 2-8.6. Accordingly, Ms. Seals' appeal of the November 30, 2021 judgment is dismissed.

**APPEAL DISMISSED**